**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| LANCE D. SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:19-CV-314-WCL-SLC |
| | ) | |
| GREEN PLAINS BLUFFTON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Lance D. Shepherd, by and through his attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby dismisses his claims in the above-referenced litigation against Green Plains Bluffton, LLC, such dismissal to be with prejudice, each party to bear his or its own costs.  Green Plains Bluffton, LLC stipulates to this dismissal.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

Dated:  May 26, 2020          */s/ Christopher C. Myers*
Christopher C. Myers
cmyers@myers-law.com
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Fax: (260) 424-0712
*Attorney for Plaintiff*

HUSCH BLACKWELL LLP

Dated: May 26, 2020          */s/ Brittany M. Falkowski*
Brittany M. Falkowski, *Admitted pro hac vice*
brittany.falkowski@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  (314) 480-1500
Fax: (314) 480-1505

1

John W. Borkowski, #25985-49
jon.borkowski@huschblackwell.com
1251 North Eddy Street, Suite 200
South Bend, IN 46617
Telephone: (574) 239-7010
Fax:  (574) 287-3116
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing was filed via the Court's CM/ECF system on this 26th day of May 2020, and thus served upon all parties of record.

*/s/ Christopher C. Myers*